

# NUMBER 13-08-597-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JAMES BELL McCOY, SR.

## On Petition for Writ of Mandamus

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam[1]**

Relator, James Bell McCoy, Sr., filed a petition for writ of mandamus and a " Motion for Leave of Court to File Fewer Copies" in the above cause on October 23, 2008. The Court GRANTS relator's motion for leave of Court and allows relator to proceed based on the number of copies of the documents that have already filed herein.

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Accordingly, the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 29th day of October, 2008.